GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
NANCY M. LISEWSKI
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: nancy.lisewski@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DEBORAH A. HAMILTON,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of  )<br>Social Security,  )<br>  )<br>    Defendant.  )<br>_____ ) | EDCV 09-635 RZ<br><br>JUDGMENT OF REMAND |

The Court approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrently with the lodging of the within Judgment of Remand.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

Dated: September 14, 2009     _____
                                              RALPH ZAREFSKY
                                              UNITED STATES MAGISTRATE JUDGE