LAW OFFICES OF BILL LATOUR
Bill LaTour [CSBN: 169758]
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DEBORAH HAMILTON, | No. EDCV 09-635 RZ |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND TWO HUNDRED DOLLARS and 00/cents ($3,200.00) as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: September 25, 2009  _____
                                    HON. RALPH ZAREFSKY
                                 UNITED STATES MAGISTRATE JUDGE